AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| KEVIN A. WILSON | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| UNITED STATES OF AMERICA, ATTORNEY GENERAL FOR US GOVT, and UNITED STATES PROSECUTOR'S OFFICE | ) |
| *Defendant* |  |

Civil Action No.   2:26-cv-116-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 10, is GRANTED.
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    EDWARD F. SHEA

Date:  5/13/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*